An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CECILIA BETKER, AN INDIVIDUAL,
Appellant,
vs.
MASON S. BRUTSCHY, AN
INDIVIDUAL,
Respondent.

No. 62815

**FILED**

AUG 0 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties have filed a stipulation to dismiss this appeal. We approve the stipulation and hereby dismiss this appeal. As provided in the stipulation, each party shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

By: _Harriet Cummings_

cc:   Hon. Brent T. Adams, District Judge
      Madelyn Shipman, Settlement Judge
      Douglas K. Fermoile
      Durney & Brennan/Reno
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-23012